FILED

2020 MAY 12  P 03:26
CIVIL
DISTRICT COURT

CIVIL DISTRICT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO:                                                          DIVISION:

KARLINDA BROOKS

VERSUS

RASIER, LLC D/B/A UBER TECHNOLOGIES INC & SIMON DOE

FILED:_____        DEPUTY CLERK:_____

## PLAINTIFF'S AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff, Karlina Brooks, who desire to amend the caption, paragraph I, paragraph II, paragraph III, paragraph IV, paragraph V, paragraph VI, and the paragraph beginning with WHEREFORE in her previously filed Petition for Damages to now read in its entirety, as follows:

Caption

KARLINDA BROOKS

VERSUS

RASIER, LLC D/B/A UBER TECHNOLOGIES INC & SIMON DOE

Paragraph I

Made Defendants herein are:

A.)  **RASIER, LLC D/B/A UBER TECHNOLOGIES INC (simply "UBER")**, a major upon information and belief is domiciled in the Parish of Jefferson, State of Louisiana;

B.)  **SIMON DOE (simply "SIMON")**, upon information and belief, a foreign insurance company, authorized to do and doing business in the Parish of Orleans, State of Louisiana;

Paragraph II

Each of the above Defendants are indebted unto Petitioner, jointly and/or in solido in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons.

Paragraph III

On or about April 21, 2019, an incident occurred at the intersection of Interstate 10 West and Interstate 610, in the Parish of Orleans, State of Louisiana, when

VERIFIED

Yanley Salazar
2020 MAY 14  A 11:07

EXHIBIT
2

FILED

2020 MAY 12  P 03:26

CIVIL
DISTRICT COURT

SIMON, who at the time was working for UBER through their ride sharing app which allowed SIMON to arrange for a pick up to transport via SIMON's vehicle. Suddenly and without warning, SIMON, ASSAULTED KARLINDA in an attempt to rob, batter and/or sexually assault her for no reason and without provocation. At all relevant times, KARLINDA was a lawful passenger in SIMON's vehicle.

Paragraph IV

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants, **SIMON & UBER** which is attributed to but not limited to the following non-exclusive particulars:

  a.  The use of force that is unauthorized and/or unlawful;

  b.  Battery to the person of another without permission;

  c.  Assaulting another person without permission;

  d.  Operating his vehicle in a careless and reckless manner without regard for the safety of those present inside of his vehicle;

  e.  Committing and/or attempting to commit a crime of violence and/or sexual assault on the person of another without permission;

  f.  Negligent hiring;

  g.  Negligent training;

  h.  Failure to thoroughly vet/screen potential drivers/employees;

  i.  Failure to conduct criminal background checks and/or psychological evaluations; and

  f.  All other acts of negligence and/or intentional acts, which may be proven at the trial of this matter

Paragraph V

Defendant UBER is liable unto plaintiff for the actions of SIMON under the doctrine of respondeat superior because at the time of the tortious conduct being committed, SIMON was acting in the course and scope of his employment with UBER.

Paragraph VI

Defendant UBER is likewise liable unto plaintiff for the actions/inactions made by UBER which led to SIMON being allowed to commit this terrible act onto plaintiff.

E-Filed

FILED
2020 MAY 12  P 03:26
CIVIL
DISTRICT COURT

Paragraph beginning with Wherefore

WHEREFORE, Petitioner, Karlinda Brooks prays that defendants be duly cited and

served with a copy of this Petition and, after all due proceedings are had, there be

a judgment in favor of Petitioner and against Defendants, jointly and in solido in

amounts as are reasonable in the premise, including but not limited to, past physical

pain and suffering, future physical pain and suffering, past mental pain and

suffering, future mental pain and suffering, past and future medical expenses, loss

of past and future earnings, loss of future earning capacity, and loss of enjoyment

of life together with legal interest thereon from date of judicial demand, until paid,

and for all accosts of these proceedings.

Petitioner prays for all general and equitable relief.

Subject to the above modifications, Plaintiff reiterate and re-allege all of her prior

allegations in her initial Petition for Damages.

**Respectfully Submitted:**

**STEWARD LAW GROUP**

**RALPH M. STEWARD (36950)**
8241 Lomond Rd
New Orleans, LA 70126
(P): 504-202-5790
(F)  504-324-0983
ralphmsteward@gmail.com

**Rasier, LLC d/b/a Uber Technologies Inc**
Through its Registered Agent for Service of Process)
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**SIMON**
**HOLD SERVICE**